Earl BROWN, Plaintiff–Appellant,

v.

SEARS AUTOMOTIVE CENTER;
Sears Roebuck and Company,
Defendants–Appellees.

No. 02–1723.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 18, 2002.

Decided Dec. 2, 2002.

Earl Brown, Appellant Pro Se. John Doughty Cole, Sr., Robert S. O'Neale, III, Haynsworth, Baldwin, Johnson & Greaves, L.L.C., Charlotte, North Carolina, for Appellees.

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Earl Brown appeals the district court's order dismissing his civil action alleging wrongful termination from employment. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Brown v. Sears Automotive Center,* No. CA–01–67 (M.D.N.C. June 21, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented

in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*